*UNITED STATES DISTRICT COURT*
_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

JOSE MORALES
    a/k/a "Melvin," a/k/a "Gordo"
LUIS MORALES
    a/k/a "Gallito"
WILFREDO OFARRILL
    a/k/a "Jose Luis Figueroa-Ramos,"
    a/k/a "Nelson," a/k/a "Sonny"
DIXON PEREZ
    a/k/a "Nelson," a/k/a "Mario"
JOSE NICHOLSON
    a/k/a "Jaiba"
ROBERT MEDEIROS
    a/k/a "Bobby"
MIGUEL CASADO
    a/k/a "Chulo"
HERMAN M. MELO, JR.
BRIAN P. KEENAN
DAVID R. ROSONINA
WILFREDO TORRES
    a/k/a "Willow"
LUIS SOUCLAT
    a/k/a "Jaunito"

# CRIMINAL COMPLAINT

M.J. No.:

*2005 M 0449 RBC*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about **April 2004 to in or about March 2005** in **New Bedford** and elsewhere in the District of **Massachusetts**, defendants did, (Track Statutory Language of Offense)

**Conspire to distribute one kilogram or more of heroin, a Scheduled I controlled substance**

in violation of Title **21** United States Code, Sections **846, 841(a)(1) and 841(b)(1)(A)(i).**

I further state that I am a **Task Force Agent - DEA**
                                        Official Title

and that this complaint is based on the following facts:

**Please see attached Affidavit of Task Force Agent Andrew R. Simmons.**

Continued on the attached sheet and made a part hereof:  [x] Yes  [ ]

Signature of Complainant
Andrew R. Simmons
Task Force Agent - DEA

Sworn to before me and subscribed in my presence,

**MAR 3 0 2005**

**March , 2005** _____ at
Date

**ROBERT B. COLLINGS**
**United States Magistrate Judge**
Name and Title of Judicial Officer

**Boston, Massachusetts**
    City and State

Signature of Judicial Officer

## AFFIDAVIT OF TASK FORCE AGENT ANDREW R. SIMMONS

Task Force Agent Andrew R. Simmons deposes and states as follows:

### A.  INTRODUCTION

1.      I am a Task Force Agent with the United States Drug Enforcement Administration (DEA). I have served in this capacity since April 2004. I am currently assigned to the New Bedford, Massachusetts Resident Office of the New England Field Division. Prior to that, I was assigned to the New Bedford Police Organized Crime Intelligence Bureau for approximately one year. I was previously assigned to the New Bedford Police Uniform Patrol Division since February of 1999. I have an Associate in Science degree in Criminal Justice from Bristol Community College.

2.      During the course of my law enforcement career, I have had extensive experience in the investigation of the activities of narcotics traffickers.  I have participated in numerous narcotics investigations as a case agent and in a subsidiary role.  I have written and/or participated in the execution of numerous search warrants. In a substantial number of residential searches executed in connection with the drug investigations in which I have been involved, the following kinds of drug-related evidence have typically been recovered: (a) controlled substances, such as heroin; (b) paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, rubber gloves, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, heat-sealing devices, as well as cutting material to dilute the potency of the controlled substance, including, in the case of heroin, caffeine pills, vitamins, and rat poisoning; (c) books, records, receipts, notes, ledgers, and other papers relating to the distribution of controlled substances; (d) personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to individuals involved in the distribution of controlled substances; (e) cash, currency, and records relating to controlled substances income and expenditures of money and wealth, such as money orders, wire transfers, cashier's checks and receipts, bank statements, and checkbooks; and (f) firearms and

1

other dangerous weapons.

3.    In addition, during the course of such residential searches, I and other agents have also found items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the subject premises. Such identification evidence is typical of the articles people commonly maintain in their residences, such as canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys.

4.    Based upon my training and experience, as well as the knowledge and experience of other agents and police officers in my office, I am aware that it is generally a common practice for drug traffickers to store their drug inventory and drug-related paraphernalia (as described above) in their residences. Further, it is generally a common practice for drug traffickers to maintain in their residences records relating to their drug trafficking activities. Because drug traffickers in many instances will "front" (that is, sell on consignment) controlled substances to their clients, or alternatively, will be "fronted" controlled substances from their suppliers, such record-keeping is necessary to keep track of amounts paid and owed, and such records will also typically be maintained close at hand so as to readily ascertain current balances. Often drug traffickers keep "pay and owe" records to show balances due for drugs sold in the past ("pay") and for payments expected ("owe") as to the trafficker's supplier and the trafficker's dealer(s). Additionally, drug traffickers must maintain telephone and address listings of clients and suppliers and keep them immediately available in order to conduct their drug trafficking business efficiently.

5.    It is also a generally common practice for traffickers to conceal at their residences large sums of money, either the proceeds from drug sales or monies to be used to purchase controlled substances. In this connection, drug traffickers typically make use of wire transfers, cashier's checks, and money orders to pay for controlled substances. Evidence of such financial transactions and records relating to income and expenditures of money and wealth in connection

2

with drug trafficking would also typically be maintained in residences.

6.    Typically, drug traffickers possess firearms and other dangerous weapons to protect their profits, supply of drugs, and persons from others who might attempt to forcibly take the traffickers' profits and/or supply of drugs.

7.    My awareness of these drug trafficking practices, as well as my knowledge of drug use and distribution techniques as set forth in this Affidavit, arise from the following: (a) my own involvement in prior drug investigations and searches during my career as a law enforcement officer, as previously described in the training and qualifications portion of this affidavit; (b) my involvement on a number of occasions in debriefing confidential informants and cooperating individuals in prior drug investigations, as well as what other agents and police officers have advised me when relating the substance of their similar debriefings and the results of their own drug investigations, more particularly described below; (c) from my involvement working as a law enforcement officer in an undercover capacity, posing as a drug dealer and engaging in controlled, undercover purchases of heroin and other controlled substances with targets of investigations; and (d) from this particular investigation and other investigations involving the interception of wire communications pursuant to a court authorized Title III wiretap.

**1.    This Investigation**

8.    I have personally participated in the investigation of the subjects identified in this Affidavit since April 2004. I am familiar with the facts and circumstances of this  investigation from oral and written reports made to me by other Agents of the DEA, other federal, state and local law enforcement agencies, oral and written reports of conversations and meetings with numerous confidential sources, a review of consensually recorded conversations, and a review of wire intercepted conversations as well as my own personal participation in the investigation which includes surveillance and independent investigation.

9.    I am submitting this affidavit for two reasons: (A) in support of a criminal complaint

3

charging (1) JOSE MORALES, a.k.a. "Melvin," "Gordo"; (2) LUIS MORALES, a.k.a. "Gallito"; (3) WILFREDO OFARRILL, a.k.a. José Luis Figueroa-Ramos, a.k.a. "Nelson," a.k.a. "Sonny"; (4) DIXON PEREZ, a.k.a. "Nelson" a.k.a. "Mario" (5) JOSE NICHOLSON, a.k.a. "Jaiba"; (6) ROBERT MEDEIROS, a.k.a. "Bobby"; (7) MIGUEL CASADO, a.k.a. "Chulo"; (8) HERMAN M. MELO; (9) BRIAN P. KEENAN; (10) DAVID R. ROSONINA; (11) WILFREDO TORRES a.k.a "Willow"; and (12) LUIS SOUCLAT, a.k.a. "Junito" with conspiracy to distribute one kilogram or more of heroin, a Scheduled I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(i); and (B) in support of an application for the issuance of five (5) Search Warrants to be executed at the Target Locations referred to below and as further described in **Attachments A through E.**

10.     This affidavit includes a summary of events that I am personally familiar with as well as the observations and knowledge related to me by other DEA agents, New Bedford, MA Police Officers and Detectives and other law enforcement personnel who have been working on this investigation. This affidavit does not set forth all the facts developed during the course of this investigation. Rather, it sets forth only those facts that are necessary and sufficient to establish probable cause to believe that the Target Subjects have committed the above described controlled substance violations, and that the aforementioned five (5) locations contain evidence, proceeds, and contraband relating to the possession, distribution, and trafficking of heroin and other evidence tending to prove that the aforementioned target subjects have violated 21 U.S.C. §846.

**2.     Overview of Case**

11.     This investigation began in approximately April 2004. Between July 2004 and January 2005, DEA and other law enforcement agents made approximately eleven undercover purchases of heroin from OFARRILL in and around New Bedford, MA. I personally participated in nine of these undercover purchases as one of the undercover agents posing as a drug dealer. During each undercover transaction, the undercover agent (UC) arranged the transaction directly with OFARRILL over the telephone in consensually recorded conversations. OFARRILL directed the

4

UC to meet with one of OFARRILL's workers or runners, including PEREZ, NICHOLSON, and MEDEIROS.

12.    On February 4, 2005, the Honorable William G. Young, Chief U.S. District Court Judge for the District of Massachusetts, signed an order authorizing the interception of wire communications over telephone number (508) 863-3411 (the "OFARRILL Target Telephone"), a T-Mobile cellular telephone subscribed to Jose Figueroa and used by WILFREDO OFARRILL, a.k.a. "Sonny." On March 4, 2005, Chief U.S. District Judge Young signed an order extending the authorization over OFARRILL Target Telephone. On March 21, 2005, the Honorable Patti B. Saris, U.S. District Court Judge for the District of Massachusetts, signed an order authorizing the interception of wire communications over cellular telephone number (774) 253-6830, a T-Mobile Pre-Pay cellular telephone subscribed to Juan Rivera and used by JOSE MORALES, a.k.a. "Melvin" (the "MORALES Target Telephone"). The interception of these Target Telephones is ongoing.

13.    In the paragraphs below, I have set forth a summary of a number of the relevant intercepted telephone calls over the OFARRILL and MORALES Target Telephones. I have not detailed herein all of the relevant telephone calls. I also have included parenthetical comments relating to the conversations which contain my own and other law enforcement agents' interpretation of the coded language being used by the Target Subjects. These interpretations are based on my own experience investigating narcotics traffickers and my familiarity with the facts gathered thus far during this investigation. In addition to the intercepted phone calls, I have included information about the physical surveillance law enforcement agents have conducted of the Target Subjects in conjunction with wire interceptions.

## B.    PROBABLE CAUSE AS TO TARGET SUBJECTS

### 1.    JOSE MORALES, a.k.a. "Melvin," "Gordo"

14.    JOSE MORALES is the user of the MORALES Target Telephone and is believed to be a source of supply of heroin for OFARRILL and other unidentified individuals.

Agents believe that JOSE MORALES is the Hispanic male who was referred to or addressed by others as "Melvin" during the authorized Title III interceptions over the OFARRILL and MORALES Target Telephones. On February 9, 2005, at 11:55 a.m., OFARRILL received an incoming call over the OFARRILL Target Telephone from an Hispanic male named "Melvin" who was calling from telephone number (774) 253-6830, a T-Mobile Pre-Pay cellular telephone subscribed to Juan Rivera, the MORALES Target Telephone. During the phone conversation, OFARRILL asked "Melvin" if he (Melvin) could come to his house in ten minutes. Earlier in the investigation, agents had identified 16 Lisbon Street, in Providence, RI as OFARRILL's primary stash location. Based on this intercepted call between OFARRILL and Melvin, DEA TFA Robert Kramer established surveillance in the area of 16 Lisbon Street.

15.    At approximately 2:55 p.m., TFA Kramer observed a maroon minivan bearing Rhode Island registration IJ-502 arrive in front of 16 Lisbon Street. TFA Kramer then saw a Hispanic male, later identified as MIGUEL CASADO, a.k.a. "Chulo," leave 16 Lisbon Street and get into the passenger seat of the maroon minivan. At 2:59 p.m., OFARRILL called "Chulo" from the OFARRILL Target Telephone and asked "Chulo" if "the guy (Melvin) went there?" to which "Chulo" answered yes. Minutes later at approximately 3:01 p.m., TFA Kramer saw "Chulo" (CASADO) get out of the maroon minivan and walk back into 16 Lisbon Street as the maroon minivan drove away. TFA Kramer then followed the maroon minivan a short distance away, less than a mile, to the area of 12-14 Violet Street in Providence where the minivan parked behind 12-14 Violet Street, Providence, RI, a residence which is believed to be used by MORALES as a "stash" location for heroin and drug proceeds.

16.    On February 14, 2005, at 2:09 p.m., OFARRILL placed an outgoing call over the OFARRILL Target Telephone to "Melvin" on the MORALES Target Telephone. During the call, OFARRILL explained to Melvin that there are "only three hundred down there," (300 grams of heroin left at the stash location, 16 Lisbon Street, and the residence of MIGUEL CASADO, a.k.a. "Chulo"). OFARRILL asked Melvin how much he had. Melvin explained that he had "two

hundred and eight" (208 grams of heroin) and was waiting for something else (more heroin from an unknown source of supply). OFARRILL then asked Melvin to "take two hundred down there," (200 grams of heroin to 16 Lisbon Street). Melvin stated that he would stop by there and also asked OFARRILL if "Chulo" (CASADO) would be there, to which OFARRILL stated that he would be there. A minute later the same day at 2:10 p.m., OFARRILL called "Chulo" (CASADO) from the OFARRILL Target Telephone and told Chulo that Melvin was going to stop by his location (16 Lisbon Street) to give him something (heroin).

17.    Based on the foregoing call, DEA agents established surveillance at 12-14 Violet Street in Providence, RI (the location to where TFA Kramer followed the maroon minivan on February 10, 2005) and 16 Lisbon Street (OFARRILL's stash location). At approximately 2:44 p.m., DEA SA Jennifer Fallon observed the same maroon minivan back down the driveway of 12-14 Violet Street and depart the area. Minutes later at 2:49 p.m., DEA SA Mike Burke saw this same minivan arrive at 16 Lisbon Street and pull into the driveway out of view. Minutes later, at 2:51 p.m., SA Burke saw the minivan drive out of the driveway at 16 Lisbon Street and leave the area. Agents followed the minivan a short distance away to a Walgreen's pharmacy. At Walgreens, agents saw the driver, a heavy set Hispanic male in his late 40's to early 50's wearing a brown leather jacket with an orange shirt underneath, get out of the maroon minivan and walk into Walgreens. DEA RAC Mike Barbuti followed the male driver (who as described below was identified as JOSE MORALES, a.k.a. "Melvin") into Walgreens to obtain a physical description. A short time later, the male driver got back into maroon minivan. Agents followed the minivan back to 12-14 Violet Street.

18.    During the time that agents were conducting mobile surveillance of the maroon minivan, at 2:55 p.m., OFARRILL received an incoming call over the OFARRILL Target Telephone from "Chulo" (CASADO). Chulo told OFARRILL that he received "25" (25 "fingers" of heroin or approximately 250 grams of heroin). OFARRILL explained to Chulo that "he" (Melvin, MORALES) was supposed to bring "27" (27 "fingers" of heroin or approximately

7

270 grams of heroin). A minute later at 2:56 p.m., OFARRILL placed an outgoing call over the OFARRILL Target Telephone to "Melvin" at the MORALES Target Telephone. An unidentified male called "Gallito" answered the phone. OFARRILL told Gallito that he was looking for "Melvin." Gallito told OFARRILL he would give him (Melvin) the message. Minutes later at 3:10 p.m., OFARRILL received an incoming call over the OFARRILL Target Telephone from "Melvin" who was calling from the MORALES Target Telephone. OFARRILL asked Melvin if he brought "27" (finger of heroin). Melvin said he brought "25." OFARRILL stated that everything was clear, and there was no problem.

19.     The same day, on February 14, 2005 at 7:05 p.m., OFARRILL placed an outgoing call over the OFARRILL Target Telephone to Melvin at the MORALES Target Telephone. OFARRILL explained to Melvin that he wanted to pay the money he owed to Melvin. In response, Melvin said he would send "Gallito" (to collect the money). At 7:26 p.m., OFARRILL received an incoming call over the OFARRILL Target Telephone from Melvin who was calling from the MORALES Target Telephone. During this call, Melvin told OFARRILL that "Gallito" was at OFARRILL's location (to pickup the money).

20.     On February 15, 2005, at 10:47 p.m., OFARRILL placed an outgoing call over the OFARRILL Target Telephone to "Melvin" at the MORALES Target Telephone. During the call, Melvin asked OFARRILL if the "guys" (OFARRILL's "runners," CASADO, NICHOLSON, PEREZ) would be there early tomorrow, and asked how much (heroin) he should deliver. OFARRILL responded that since he (Melvin) already left "250" (250 grams, 25 fingers, of heroin), they would talk in the morning to figure out if he (Melvin) should bring "300" or "500" (three hundred or five hundred grams of heroin).

21.     The next day on February 16, 2005, agents again established surveillance at 12-14 Violet Street and 16 Lisbon Street in Providence, RI. At approximately 11:55 a.m., NBPD Det. Safioleas observed the previously mentioned maroon minivan back out of the driveway of 12-14 Violet Street, Providence, RI and drive out of the area. At this time, Det. Safioleas saw

the same heavy set Hispanic driver observed on February 14, 2005 driving this minivan, believed to be "Melvin." Det. Safioleas also saw a thin Hispanic male in the passenger seat who is believed to be "Gallito," Melvin's runner. At approximately 12:00 p.m., DEA TFA Ribeiro observed this same maroon minivan arrive and park in the parking lot of the *"El Malecon"* restaurant located in the 1200 block of Broad Street in Providence. At this time, TFA Ribeiro observed the heavy-set "Melvin" and the thinner "Gallito" get out of the minivan and enter the restaurant.

22.     The same day at 12:27 p.m., OFARRILL placed an outgoing call over the OFARRILL Target Telephone to Melvin at the MORALES Target Telephone. During the call, OFARRILL asked Melvin if it was easy for him to go over there (the stash location at 16 Lisbon Street), then he can bring "just three and a half" (350 grams of heroin). Melvin then asked OFARRILL if the "guys" (the runners) would be there, to which OFARRILL stated that they would. At approximately 12:42 p.m., NBPD Det. Safioleas saw "Melvin" and "Gallito" leave *"El Malecon"* restaurant and enter the maroon minivan. Det Safoleas observed that "Melvin" was the driver and "Gallito" the sole passenger. Minutes later at approximately 12:45 p.m., at the request of DEA, Providence Police officer Peter Baez pulled over the maroon minivan for a non-moving traffic infraction. During the traffic stop, Officer Baez identified the driver through a MA license as JOSE MORALES and the passenger, through a RI temporary learner's permit, as LUIS MORALES. After this brief encounter, Officer Baez permitted JOSE MORALES, a.k.a. "Melvin" and LUIS MORALES, a.k.a. "Gallito" to leave.

23.     At approximately 1:07 p.m., TFA Delaney observed the maroon minivan arrive and park in the driveway of 16 Lisbon Street. At 1:13 p.m., OFARRILL received an incoming call over the OFARRILL Target Telephone from "Melvin" (MORALES) who was calling from the MORALES Target Telephone. MORALES explained to OFARRILL that he was with "Chulo" (CASADO, who resides at 16 Lisbon Street) dealing with something. MORALES explained to OFARRILL that he had put "500" (grams of heroin) in the van (the maroon

9

minivan), and then sent "Gallito" (Melvin's runner, LUIS MORALES) with two packages, one of "300" (grams of heroin) and the other with "200" (grams of heroin). MORALES stated that he explained to "Gallito" to give him (Chulo) "350 (grams of heroin) and bring back 150 (grams of heroin)." MORALES explained that "Gallito" (LUIS MORALES) returned to the van with only fifty but "Chulo" said that he had only left "350." After a brief argument about the missing heroin, MORALES asked OFARRILL to come to "the house" (16 Lisbon Street) to straighten things out.

24.    Minutes later, at approximately 1:42 p.m., DEA TFA Ribeiro observed OFARRILL driving down Lisbon Street driving a grey Jeep Cherokee bearing Rhode Island registration AC-833. (During the investigation, OFARRILL has been observed operating this vehicle on multiple occasions). At approximately 1:44 p.m., DEA TFA Delaney saw OFARRILL park the Jeep and walk to 16 Lisbon Street. At approximately 1:58 p.m., TFA Delaney saw JOSE MORALES, a.k.a. "Melvin" and LUIS MORALES, a.k.a. "Gallito" (the same individuals identified earlier during the traffic stop) walk from the direction of 16 Lisbon Street, Providence, RI, enter the maroon minivan and leave the area.

25.    On February 19, 2005 at approximately 8:03 p.m., DEA TFA Kramer and NBPD Det. Encarnacao observed JOSE MORALES, a.k.a. "Melvin," along with the thin Hispanic, LUIS MORALES, a.k.a. "Gallito," walk towards the same maroon minivan in the area of Broad Street in Providence. At this time, DEA SA Forde called the MORALES Target Telephone. During SA Forde's call to the MORALES Target Telephone, TFA Kramer observed MORALES reach into his pocket and retrieve a cellular telephone. When the call was answered, SA Forde ended the call.

26.    As further described above, on March 21, 2005, DEA began intercepting wire interceptions occurring over the MORALES Target Telephone. During these intercepted calls, MORALES has been intercepted directing "Gallito" (LUIS MORALES) in the distribution of heroin and with other unidentified males about obtaining large quantities of heroin. For example,

on March 22, 2005, at 10:40 a.m., MORALES called an unidentified male (UM) at telephone number (774) 253-6833, with no subscriber information available. During the call, the UM told MORALES that it looked like "Antonio" (another UM) liked the "thing" (believed to be heroin) because he (Antonio) hadn't called back. The UM stated that he gave the "thing" to the "other one" yesterday. The UM then asked MORALES if "Nelson" (believed to be OFARRILL) called. MORALES said that "Nelson" had not called and stated that business was bad. During an intercepted call over the MORALES Target Telephone at 3:22 p.m., another UM told MORALES that he (UM) had something pure and would bring a sample tomorrow (referring to a new better quality supply of heroin of which the UM would bring a free sample MORALES).

## 2.     LUIS MORALES, a.k.a. "Gallito"

27.     Agents believe that LUIS MORALES is the Hispanic male who was referred or addressed by others as "Gallito" during the authorized Title III interceptions over the OFARRILL and MORALES Target Telephones and is a runner for JOSE MORALES. LUIS MORALES has been intercepted over the MORALES Target Telephone from telephone number (774) 253-2505, with no subscriber information available. As further described above in paragraph 19, during an intercepted call on February 14, 2005 at 7:05 p.m., OFARRILL explained to Melvin that he wanted to pay the money he owed to Melvin. In response, Melvin said he would send "Gallito" (to collect the money). At 7:26 p.m., OFARRILL received an incoming call over the OFARRILL Target Telephone from Melvin who was calling from the MORALES Target Telephone. During this call, Melvin told OFARRILL that "Gallito" was at OFARRILL's location (to pickup the money).

28.     As further described above in paragraphs 22-24,on February 16, 2005, at 12:45 p.m.,Providence Police conducted a traffic stop of the same maroon minivan which agents spotted arriving at 16 Lisbon Street on February 9, 2005. During the traffic stop, Providence Police officer Peter Baez identified the passenger of this vehicle, a thinner Hispanic male, through a RI temporary learner's permit as LUIS MORALES. At 1:13 p.m., JOSE MORALES

11

called OFARRILL and asked OFARRILL to come to the house (16 Lisbon Street) because he (MORALES) was having a problem with "Chulo" (CASADO) about the amount of heroin that "Gallito" had delivered to "Chulo." At approximatley 1:42 p.m., DEA TFA Ribeiro observed OFARRILL arrive in the area of 16 Lisbon Street. Shortly thereafter at approximately 1:58 p.m., TFA Delaney saw JOSE MORALES, a.k.a. "Melvin" and LUIS MORALES, a.k.a. "Gallito" walk from the direction of 16 Lisbon Street, Providence, RI, enter the maroon minivan and leave the area.

29.    During the wire interceptions over the MORALES Target Telephone, LUIS MORALES has been intercepted on several occasions receiving instructions from "Melvin" (JOSE MORALES) about the distribution of heroin and collection of drug proceeds. For example, during an intercepted call on March 22, 2005, "Melvin" (JOSE MORALES) asked "Gallito" (LUIS MORALES) who was sending (money). "Gallito" replied, Ramon Soto Mejia (a heroin customer). "Melvin" then asked "Gallito" if it was $1000. "Gallito" then asked "Melvin" (JOSE MORALES) to put it away so that when the $1000 arrived and that he ("Gallito") would give Melvin the "50."

3.    **WILFREDO OFARRILL, a.k.a. José Luis Figueroa-Ramos, a.k.a. "Nelson," a.k.a. "Sonny"**

30.    Agents believe that WILFREDO OFARRILL is the Hispanic male who was referred or addressed by others as "Sonny" and "Nelson" during the authorized Title III interceptions over the OFARRILL and MORALES Target Telephones. As further described above, between July 2004 and January 2005, myself and another undercover agent together made eleven undercover purchases of heroin from OFARRILL and his runners, PEREZ, NICHOLSON, and MEDEIROS.

31.    During the course of these undercover buys, on November 22, 2004, "Sonny" called me to provide me with his new telephone number, (508) 863-8411, the OFARRILL Target Telephone, for the purpose of arranging a heroin transaction. The next day, on November 23,

12

2004, I made several recorded phone calls with "Sonny" on the OFARRILL Target Telephone to finalize the transaction. "Sonny" directed me to the Dartmouth Mall where I purchased approximately 16 grams of heroin from "Sonny"'s runner, JOSE NICHOLSON, in exchange for $1,500.

32.    On December 1, 2004, DEA agents conducted surveillance of "Sonny" and followed him into a convenience store in Providence, RI. SA DEA Burke followed "Sonny" inside the store. At the same time, I placed a recorded phone call to "Sonny." While standing in line for the cashier behind "Sonny," SA Burke saw and overheard "Sonny" answer his cell phone and begin to have a phone conversation. "Sonny" stepped out of line and waved SA Burke ahead of him. Immediately thereafter, SA Burke listened to this recorded conversation and confirmed that it was same conversation he had just overheard in the store. SA Burke also positively identified "Sonny" as WILFREDO OFARRILL from a MA driver's license. OFARRILL also has a MA and RI driver's license in the name of José Luis Figueroa-Ramos. Thereafter, between December 2004 and February 2005, I made three more undercover purchases of heroin from OFARRILL and arranged each transaction by calling OFARRILL on the OFARRILL Target Telephone.

33.    As further described above, OFARRILL is believed to obtain significant quantities of heroin from JOSE MORALES, a.k.a. "Melvin." Furthermore, as described below, OFARRILL is also believed to obtain significant quantities of heroin from LUIS D. SOUCAT, a.k.a. "Junito." OFARRILL then directs his runners, NICHOLSON, CASADO, MEDEIROS, and PEREZ, to deliver this heroin to his customers, including BRIAN KEENAN, HERMAN MELO, DAVID ROSONINA, and WILFREDO TORRES. Based on intercepted phone calls, as well as my own training and experience, I believe these individuals are believed redistributing this heroin to other unknown individuals in the New Bedford area. During an intercepted call on March 04, 2005 at 9:56 p.m. between OFARRILL and JOSE MORALES, a.k.a. "Melvin," OFARRILL told MORALES that "Herman" (MELO) and "David"

13

(ROSONINA) are his customers, and that "David" comes to him with $2,400 (in drug proceeds) every four days or so. Based on this and other intercepted phone calls, I believe that ROSONINA and MELO, as well as KEENAN and TORRES, are obtaining significant quantities of heroin from OFARRILL and redistributing this heroin in the New Bedford community and other locations in MA.

34.    Based on the intercepted phone calls summarized below on the OFARRILL Target Telephone, OFARRILL is believed to employ several workers/runners whom he directs in the distribution of heroin and the collection of drug proceeds. For example, during an intercepted call on February 15, 2005, at 1:38 p.m., OFARRILL talked with an unidentified Hispanic male about his drug business and stated that he had "Mario" (DIXON PEREZ), "Chulo," (MIGUEL CASADO), and "Jaiba" (JOSE NICHOLSON) working for him. OFARRILL has also been intercepted directing his runners in the processing of heroin. For example, during an intercepted call on March 1, 2005, at 1:46 p.m., OFARRILL directed "Chulo" (MIGUEL CASADO) to leave him "seven" of "Melvin's" (JOSE MORALES) and only of the "200's kind." OFARRILL told CASADO to add 3 three "things" of "rat poison" to the 200 kind and the other stuff 160. OFARRILL then told CASADO to use 160 and to add only two things of "rat poison." (During this and other intercepted calls, OFARRILL has been intercepted directing his runners to use "rat poison" as "cut" for the processing of heroin).

35.    On February 22, 2005, at 9:41 a.m., "Chulo" (CASADO) called OFARRILL on the OFARRILL Target Telephone and told OFARRILL that he was going to untie "the thing." OFARRILL then told "Chulo" to start taking them out and peeling them off, stating that it's "400" (grams of heroin), 300 on one side and 100 on the other side. Throughout the morning, agents maintained surveillance at 16 Lisbon Street in Providence and observed several of the Target Subjects arrive at this location including OFARRILL, a.k.a. "Sonny," NICHOLSON, a.k.a. "Jaiba," and JOSE MORALES, a.k.a. "Melvin."

**4.    DIXON PEREZ, a.k.a. "Nelson," a.k.a. "Mario"**

14

36.     Agents believe that DIXON PEREZ is the Hispanic male who was referred to or addressed by others as "Mario" during the Title III interceptions. Before the inception of wire interceptions, between June 2004 and September 2004, DEA made seven different undercover purchases of heroin directly from PEREZ in New Bedford, MA. Each transaction was arranged by making a recorded phone call to OFARRILL. OFARRILL then directed the undercover agent to a location where a Hispanic male OFARRILL referred to as "Nelson" delivered the heroin to the undercover agent. During each transaction other agents conducting physical surveillance observed PEREZ leave his residence at 87 Belleville Road in New Beford before traveling either on foot or by car to the transaction location. After listening to the intercepted conversations of "Mario" on the wiretap, undercover agents confirmed that the "Mario" was the same individual, identified as DIXON PEREZ, a.k.a. "Nelson," a.k.a. "Mario," from whom undercover agents purchased heroin on seven different occasions. Furthermore, on several occasions, agents have observed OFARRILL and PEREZ arriving together in the same vehicle at 16 Lisbon Street and *El Malecon* restaurant in Providence. During the same time, OFARRILL has been intercepted stating that he was present with "Mario."

37.     On July 21, 2004, DEA agents conducting surveillance outside 87 Belleville Road observed "Nelson," the same individual from whom TFA Turgeson purchased heroin in June 2004, leave 87 Belleville Road and get into a black pickup truck. At the request of DEA, NBPD performed a vehicle stop of "Nelson," and identified him as DIXON PEREZ through a RI driver's license.

38.     During an intercepted phone call on February 17, 2005, at 6:49 p.m., "Mario" (DIXON PEREZ) told OFARRILL that there were 100 and 418 (believed to be grams of heroin). OFARRILL then asked if 200 (grams of heroin) were done to which "Mario" (PEREZ) responded yes. OFARRILL then asked "Mario" how many packets were left to which "Mario" responded 200 and 418. During an intercepted call on February 26, 2005 at 5:55 p.m., a heroin customer of OFARRILL's, HERMAN MELO, complained that "his package" and "13 grams"

15

were double bagged. OFARRILL interrupted MELO and explained that "Mario" (DIXON PEREZ) made them up that way because it was faster.

39.    As further described above in paragraph 35, throughout the morning of February 22, 2005, agents maintained physical surveillance of 16 Lisbon Street in Providence. At 9:36 a.m., agents observed a grey/silver minivan driven by JOSE NICHOLSON back out of the drive way of 16 Lisbon Street. During an intercepted call at 9:41 a.m., "Chulo" (CASADO) told OFARRILL that he was going to untie "the thing." At approximately 10:33 a.m., agents observed PEREZ arrive at 16 Lisbon Street driving a blue Toyota Camry. (Based on these intercepted conversations and surveillance, agents believe that MORALES delivered a quantity of heroin to OFARRILL's runners and OFARRILL then directed his runners to begin to untie the heroin packaging).

## 5.    JOSE NICHOLSON, a.k.a. "Jaiba"

40.    Agents believe that JOSE NICHOLSON is the Hispanic male who was referred to or addressed by others as "Jaiba" during the Title III interceptions. NICHOLSON was intercepted speaking with OFARRILL from cellular telephone number (508) 863-0919, which is subscribed to Anabelle Alvarado Colon, 15 Essex St., Lawrence, MA. Agents conducting surveillance have observed NICHOLSON arriving at and departing from 16 Lisbon Street, OFARRILL suspected stash house and the residence of MIGUEL CASADO. Agents have also observed NICHOLSON delivering heroin to several of OFARRILL's customers, including BRIAN KEENAN, DAVID ROSONINA, and HERMAN MELO.

41.    Before the inception of wire interceptions, DEA made two undercover purchases of heroin from JOSE NICHOLSON which took place on October 26, 2004 and November 23, 2004. Both transactions were arranged by making a recorded phone call to OFARRILL. OFARRILL then directed the undercover agent to a location where the undercover agent met with a Hispanic male who had earlier been identified as JOSE NICHOLSON. DEA agents conducting surveillance observed NICHOLSON arrive at the transaction locations driving a

16

silver/grey minivan. Earlier on August 11, 2004, at DEA's request, East Providence police officers performed a vehicle stop of NICHOLSON's grey/silver minivan on Interstate 195 outside Providence. The officers identified the driver and sole-occupant of the vehicle as JOSE NICHOLSON through his RI driver's license.

42.     Following the initiation of wire interceptions on the OFARRILL Target Telephone, I participated in an undercover purchase of heroin from NICHOLSON. On February 9, 2005, at approximately 1:30 p.m., I placed a call to OFARRILL on the OFARRILL Target Telephone to arrange a purchase of heroin from OFARRILL. Shortly thereafter, during an intercepted call at approximately 1:41 p.m., OFARRILL told "Jaiba" that "Andy (referring to myself, TFA Andrew Simmons) needs 16" and says that he (OFARRILL) told him (myself, TFA Simmons) to go to Panera Bread," to which "Jaiba" (NICHOLSON) acknowledged. A short time later, surveillance agents observed NICHOLSON, driving the same grey/silver minivan bearing Rhode Island registration OQ-33, enter the parking lot of Panera Bread located in the Dartmouth Mall in Dartmouth, MA. During the transaction, NICHOLSON sold me 16 grams of a substance that later field tested positive for the presence of heroin.

## 6.     ROBERT MEDEIROS, a.k.a. "Bobby"

43.     Agents believe that ROBERT MEDEIROS is the Portugese, English speaking male who was referred to or addressed by others as "Bobby" during Title III interceptions. MEDEIROS was intercepted speaking with OFARRILL from cellular telephone number 508-989-8212, subscribed to ROBERT MEDEIROS, PO Box 60032, New Bedford, MA. During the wire interceptions, OFARRILL was intercepted directing MEDEIROS in the distribution of heroin. Agents have observed MEDEIROS delivering heroin to several of OFARRILL's customers, including BRIAN KEENAN, DAVID ROSONINA, and HERMAN MELO.

44.     On May 15, 2004, NBPD Detectives arrested MEDEIROS after observing what they believed to be a drug transaction. During the arrest, NBPD Detectives found and seized approximately 45 grams of heroin from the red Jeep Cherokee detectives observed MEDEIROS

driving. Following his arrest, MEDEIROS waived his Miranda rights and told detectives that at the time of his arrest he (MEDEIROS) was making heroin deliveries for "Sonny." MEDEIROS further stated that he still owed "Sonny" approximately $2,000.

45.     Before the inception of wire interceptions, DEA made two undercover purchases of heroin from ROBERT MEDEIROS which took place on December 9, 2004 and January 5, 2005. Both transactions were arranged by making a recorded phone call to OFARRILL on the OFARRILL Target Telephone. OFARRILL then directed the undercover agent to a location where the undercover agent met with MEDEIROS and purchased the heroin.

## 7.     MIGUEL CASADO, a.k.a. "Chulo"

46.     Agents believe that MIGUEL CASADO is the Hispanic male who was referred to or addressed by others as "Chulo" during the authorized Title III interceptions over the OFARRILL Target Telephone. CASADO was intercepted on multiple occasions speaking with OFARRILL from telephone number (508) 863-0008, which is subscribed to MIGUEL CASADO, 175 Hedley Ave, Cumberland, RI, about drug related activities. For example, on February 08, 2005, at 2:04 p.m., "Chulo" called OFARRILL from telephone number (508) 863-0008. During the intercepted call, "Chulo" told OFARRILL that there are "8" packages (believed to be eight 22 gram package of heroin) plus "340 whole." On March 07, 2005 at 3:58 p.m., OFARRILL called "Chulo" at telephone number (508) 863-0008 and told "Chulo" that they had to work over there tonight because he had to return "that" to "Melvin" (JOSE MORALES). OFARRILL stated that the "stuff" was very bad (referring to the quality of the heroin). In response, "Chulo" told OFARRILL that he already told OFARRILL that it was bad because it was falling apart in his hand.

47.     During the period of wire interceptions, agents have conducted almost daily surveillance of 16 Lisbon Street, Providence, RI and have consistently observed a green Camry with RI registration tags QU-761 parked in the driveway of 16 Lisbon Street, which is believed to be CASADO's residence and stash location for OFARRILL for money and heroin. On February

18

10, 2005, agents conducting surveillance at 16 Lisbon Street followed this green Camry from16 Lisbon Street, Providence, RI to Lawrence, MA. At the request of DEA, the Massachusetts State Police performed a traffic stop of this vehicle in Lawrence and identified the driver and sole occupant as MIGUEL CASADO through a driver's license. Later the same day at approximately 5:40 p.m., SA Burke observed CASADO driving this same green Camry traveling southbound on I-95 in Pawtucket, RI. While following behind CASADO, SA Burke called cellular telephone number (508) 863-0008. As his phone was ringing, SA Burke observed CASADO look at his cellular phone after which SA Burke ended the call.

48.    As further described above in paragraphs 35 and 39, on February 22, 2005, agents conducted physical surveillance of 16 Lisbon Street in Providence. During this surveillance, agents observed the same green Camry parked in the driveway. During an intercepted call at 9:41 a.m., "Chulo" (CASADO) called OFARRILL on the OFARRILL Target Telephone and told OFARRILL that he was going to untie "the thing."   OFARRILL then told "Chulo" to start taking them out and peeling them off, stating that it's "400" (grams of heroin), 300 on one side and 100 on the other side. Then at 10:58 a.m., agents observed OFARRILL arrive driving a Jeep Cherokee and walk into 16 Lisbon Street.

## 8.    HERMAN M. MELO

49.    Agents believe that HERMAN MELO is the Caucasian male who was referred to or addressed by others as "Herman" during the authorized Title III interceptions over the OFARRILL Target Telephone. MELO was intercepted on multiple occasions speaking with OFARRILL from telephone number (774) 451-2220, which is subscribed to Emma Melo (who is believed to be MELO's mother), Earl St., New Bedford, MA in drug related conversations. Agents conducting surveillance have observed JOSE NICHOLSON delivering heroin to MELO at the Dartmouth Mall and other locations in New Bedford, MA and have followed MELO back to MELO's residence at 235 Belleville Road in New Bedford.

19

50.     During an intercepted conversation on February 15, 2005 at 5:38 p.m., OFARRILL told "Herman" (MELO) that he (OFARRILL) would send him "3." In response, "Herman" asked OFARRILL if it was the same stuff or different stuff (referring to the quality of the heroin). OFARRILL said he has the same stuff and asked Herman what happened to the other stuff. Herman said it was like powder. On February 26, 2005 at 5:55 p.m., "Herman" MELO called OFARRILL to complain about the heroin he had just received from OFARRILL. During the call, MELO told OFARRILL that from the "package" (believed to be 22 grams of heroin) he received, 13 grams (of heroin) were double bagged. OFARRILL then interrupted MELO and told him that "Mario" (believed to be DIXON PEREZ) made them (bagged the heroin) that way because it was faster.

51.     During an intercepted call on March 15, 2005, at 2:02 p.m., OFARRILL received an incoming call over the OFARRILL Target Telephone from an unidentified female who was calling from telephone number (212) 981-9902. After answering the call, OFARRILL told the female caller to hold on. In the background, the wiretap intercepted OFARRILL speaking with HERMAN MELO in the background. During the conversation, MELO informed OFARRILL that "Porky" had died after MELO had provided "Porky" with heroin. In particular, MELO told OFARRILL that he (MELO) provided "Porky" with "4" (grams of heroin), but then "Porky" came back to MELO for more heroin. OFARRILL then asked MELO if "Porky" died of a heart attack. MELO responded, "yeah, he took it, right? He went into the bathroom, shot up a whole gram and then shot up another half a gram and... dead." Agents believe that "Porky" is John Gamache who was confirmed to have died on March 13, 2004, two days before this intercepted conversation, in New Bedford, MA.

52.     During an intercepted call on March 04, 2005 at 9:56 p.m. between OFARRILL and JOSE MORALES, OFARRILL told MORALES that "Herman" (MELO) and "David" (ROSONINA) are his customers, and that "David" comes to him with $2,400 (in drug proceeds) every four days or so. On March 18, 2005 at 9:00 p.m., HERMAN MELO called OFARRILL

20

from telephone number (774) 451-2220. During the intercepted call, MELO told OFARRILL that he (MELO) needed to see him (OFARRILL). A minute later at 9:01 p.m., OFARRILL called "Jaiba" (JOSE NICHOLSON) at telephone number (508) 863-0919 and instructed "Jaiba" to go to Herman's (MELO) house and asked Jaiba if he had "3" (grams of heroin) on him. "Jaiba" that he did (have 3 grams of heroin on him) and would meet Herman.

## 9.    BRIAN P. KEENAN

53.    Agents believe that BRIAN P. KEENAN is the Caucasian male who was referred to or addressed by others as "Brian" during the authorized Title III interceptions over the OFARRILL Target Telephone. KEENAN was intercepted on multiple occasions speaking with OFARRILL from telephone number (508) 930-2012, which is subscribed to BRIAN KEENAN, P.O. Box 41233, New Bedford, MA about purchasing heroin from OFARRILL. On several occasions, agents have observed NICHOLSON and MEDEIROS deliver heroin to (and pick up drug proceeds from) KEENAN's residence in New Bedford, 120 Florence Street.

54.    On February 7, 2005, KEENAN, OFARRILL, and NICHOLSON were intercepted arranging for KEENAN to deliver $4,000 in drug proceeds to OFARRILL. At 12:24 p.m., OFARRILL called KEENAN at telephone number (508) 930-2012. During the call, OFARRILL told KEENAN that "Jaiba" (NICHOLSON) was going to see him. KEENAN responded by saying, I already owe you "24" ($2,400) with this one it will be "4" ($4,000). OFARRILL responded, I think it will be four thousand, yes. KEENAN then said that he would give "it" (the $4,000) to him (OFARRILL) today. Then at 1:14 p.m., OFARRILL called "Jaiba" (NICHOLSON) at (508) 863-0919. During this call, "Jaiba" told OFARRILL that he was still at "Brian's" (KEENAN's residence) and that Brian only gave him $3,970.

55.    During a series of intercepted calls on February 15, 2005, OFARRILL instructed ROBERT MEDEIROS to deliver a quantity of heroin to BRIAN KEENAN. At around 11:13 a.m., OFARRILL asked MEDEIROS if he had "3 packages" (three 22-gram packages of heroin)

on him plus "12" (grams of heroin) and instructed MEDEIROS to go see Brian (KEENAN) in twenty minutes. Minutes later, KEENAN called OFARRILL and asked him to put "it" (the heroin) into his garage. As further described below, a DEA Task Force Officer conducting surveillance at KEENAN's residence at 120 Florence Street in New Bedford observed ROBERT MEDEIROS arrive at KEENAN's residence and enter the garage.

56.    During an intercepted call on March 15, 2005 at 1:03 p.m., OFARRILL called KEENAN at telephone number (508) 930-2012 and asked KEENAN if he was all set (with heroin) because he (OFARRILL) was heading over there today (to New Bedford). In response, KEENAN told OFARRILL he still had "10" (grams of heroin) and was all set, but would probably need to see him (OFARRILL) in a day or two. During an intercepted call on March 18, 2005 at 10:56 a.m., KEENAN called OFARRILL to see if he (OFARRILL) or anyone else (of OFARRILL's runners) was close (to KEENAN's residence) because he (KEENAN) had someone waiting for him (KEENAN) at the Cape and was in a rush (indicating that KEENAN was going to re-distribute the heroin he was receiving from OFARRILL).

## 10.    DAVID R. ROSONINA

57.    Agents believe that DAVID R. ROSONINA is the Caucasian male who was referred to or addressed by others as "David" during the authorized Title III interceptions over the OFARRILL Target Telephone. ROSONINA was intercepted on multiple occasions speaking with OFARRILL from telephone number (508) 542-1997, which is subscribed to Sandra Rosonina, 341 Orchard Street, New Bedford, MA. Agents conducting surveillance have observed NICHOLSON deliver heroin to ROSONINA at the Dartmouth Mall in New Bedford and have followed ROSONINA back to his residence at 341 Orchard Street in New Bedford after the transaction.

58.    On February 08, 2005 at 11:29 a.m., "David" (ROSONINA) called OFARRILL and asked OFARRILL if he (ROSONINA) could see "Bobby" (MEDEIROS). OFARRILL

22

stated no, that he would send "his boy" instead at 12:30 p.m. "David" mentioned that the last meeting was at the Chinese Restaurant and told OFARRILL he wanted "38" (grams of heroin). At 12:24 p.m., TFA Cabral followed ROSININA who was driving a black Mercedes-Benz bearing MA registration RS3706 from 341 Orchard Street, New Bedford to Dartmouth Mall parking lot near a Panera Bread restaurant. At approximately 12:47 p.m., agents observed JOSE NICHOLSON, a.k.a. "Jaiba" enter the parking lot driving a grey/silver minivan. Agents observed NICHOLSON get out of minivan and enter the passenger's side of ROSININA's black Mercedes-Benz, which then drove around the parking lot. At approximately 12:51 p.m., Detective Safioleas observed NICHOLSON get out of the black Mercedes-Benz, get into his minivan and depart the area. At approximately 12:52 p.m., DEA SA Barbuti observed the black Mercedes-Benz leaving the parking lot, and was later observed at approximately 1:05 p.m. parked (unoccupied) at 341 Orchard Street, New Bedford.

59.    During an intercepted call on March 08, 2005, at 11:00 a.m., OFARRILL called "Jaiba" (JOSE NICHOLSON) at (508) 863-0919. "Jaiba" answered the phone, but then gave it to "David" (ROSININA). "David" told OFARRILL that "Jaiba" gave him "24" (grams of heroin). OFARRILL responded that he would give "David" the other "11" (grams of heroin) tomorrow. David said it was no problem, and thanked OFARRILL, noting that the stuff (the heroin) looked better. David also said that he would see OFARRILL tomorrow about the money. On March 15, 2005 at 11:56 a.m., "David" (ROSININA) called OFARRILL and told him that he wanted to meet up with him (OFARRILL) in an hour. OFARRILL agreed. "David" then told OFARRILL to bring "3, 5 plus the 11" (referring to heroin). OFARRILL responded that he already knew and would be at the Panera Bread (at the Dartmouth Mall).

## 11.    WILFREDO TORRES a.k.a "Willow"

60.    Agents believe that WILFREDO TORRES is the Hispanic male who was referred to or addressed by others as "Willow" or "Wilfredo" during the authorized Title III

interceptions over the OFARRILL Target Telephone. TORRES was intercepted on multiple occasions speaking with OFARRILL from telephone numbers (508) 287-7469, which is subscribed to WILFREDO TORRES, 54 Spruce Street, New Bedford, MA; and (508) 999-1199, which subscribed to Wendy Alexander, 54 Spruce Street, New Bedford, MA. Agents conducting surveillance have observed NICHOLSON deliver heroin to TORRES residence at 54 Spruce Street in New Bedford on at least two occasions.

61.    During several intercepted calls on February 17, 2005, OFARRILL directed NICHOLSON to deliver heroin to TORRES. In exchange, TORRES gave money to NICHOLSON to give money to OFARRILL for the heroin. At 12:35 p.m., "Willow" (believed to be WILFREDO TORRES) called OFARRILL from telephone number 508-287-7469 and told OFARRILL he (TORRES) wanted to give him "that" (money). OFARRILL said if it's over there, he could send a guy over to pick it up. During the next call at 12:36 p.m., OFARRILL called "Jaiba" (NICHOLSON) at telephone number 508-863-0919 and told "Jaiba" to deliver "11" (grams of heroin) to "Willow" (TORRES) and stated that "Willow" would give him (NICHOLSON) some money.

62.    On March 06, 2005 at 11:44 a.m., "Willow" called OFARRILL from telephone number (508) 999-1199 and asked OFARRILL how much he (TORRES) owed him (OFARRILL). OFARRILL said "nine and half" (believed to be $9,500). TORRES then added that he owed OFARRILL "a couple of peso" from the old stuff. OFARRILL asked "Wilfredo" if he needed anything. "Wilfredo" responded that he was having some problems with his business (in the sales of heroin). OFARRILL then told "Wilfredo" (TORRES) that he (OFARRILL) would pick up the money sometime in the next hour. On March 08, 2005 at 10:20 a.m., "Wilfredo" (TORRES) called OFARRILL and told him that he wanted him (OFARRILL) to deliver at the place they refered to as "No Entre" (Do not enter). OFARRILL told "Wilfredo" that the same guy will go to serve him (deliver heroin) in about 20 minutes. In the next call over the

OFARRILL Target Telephone at 10:20 a.m., OFARRILL called "Jaiba" (NICHOLSON) and instructed "Jaiba" to take "11" (grams of heroin) out of the other package and give it to "Willow" (TORRES). On March 22, 2005 at 5:59 p.m., "Willow" (Torres) called OFARRILL from (508) 999-1199, subscribed to Wendy Alexander, 54 Spruce Street, New Bedford, MA. During the call, TORRES told OFARRILL that he could go and pick "that" (heroin) up, noting that he wanted the same delivered to the place referred to as the 'No Entre' (Do Not Enter) place (referring to TORRES's residence). TORRES said that the people on the first floor have a (surveillance) camera, but since they were not there, TORRES wanted the runner to come as soon possible. OFARRILL acknowledged.

## 12.    LUIS SOUCLAT, a.k.a. "Junito"

63.    Agents believe that LUIS SOUCLAT is the Hispanic male who was referred to or addressed by others as "Junito" during the authorized Title III interceptions over the OFARRILL Target Telephone. SOUCLAT was intercepted on multiple occasions speaking with OFARRILL from telephone number (646) 671-4094, with no subscriber information available. Based on these intercepted conversations, agents believe that SOUCLAT is another source of supply of heroin for OFARRILL.

64.    During several intercepted calls on March 7, 2005, OFARRILL is believed to have obtained a large quantity of heroin from SOUCLAT. At 3:33 p.m., an Hispanic male referred to as "Junito" called OFARRILL from telephone number (646) 671-4094. During the call, OFARRILL told "Junito" that last time he ("Junito") gave him (OFARRILL) at "55" but OFARRILL wanted to get a sample of at least "600" (grams of heroin) in case it is a good quality and at "55" (referring to the price of one kilogram of heroin, $55,000 per kilogram). During an intercepted call less than thirty minutes later at 3:56 p.m., OFARRILL told "Junito" that he (OFARRILL) makes "200 to 300" (grams out of the heroin he cuts) and then he (OFARRILL) gives it to other people (his customers who then sell it). OFARRILL then tried to persuade

"Junito" to give him (OFARRILL) the heroin for a cheaper price and said that if he got it for one point less (a $1,000 less), "Junito" could take half of the money at once (OFARRILL would pay him for half the money up front) so "Junito" would have safe business with him (OFARRILL). At the end of the conversation, OFARRILL asked "Junito" to come down with "7." Shortly after these calls, agents observed an Hispanic male (later identified as LUIS SOUCLAT, a.k.a. "Junito") driving a white Nissan Maxima bearing MA registration 74HD26, meet up with JOSE NICHOLSON. Agents followed both NICHOLSON and SOUCLAT to 20 ½ Peach Street, Providence, RI. Shortly after their arrival at 20 ½ Peach Street, agents observed OFARRILL arrive driving the same Jeep Cherokee.

65.     During an intercepted call March 8, 2005, at 2: 25 p.m., OFARRILL told "Junito,"who was using telephone number (646) 671-4094, to "go to the old house" (believed to be 16 Lisbon Street, Providence, RI). A short time later, agents observed the same white Nissan Maxima observed the day before park in the area of 16 Lisbon Street, Providence, RI. The same Hispanic male observed the day before then got out of the vehicle and entered 16 Lisbon Street. A short time later, this same Hispanic male left 16 Lisbon Street, got into the same white Nissan, and began to drive off. At the request of DEA, a Providence police officer conducted a traffic stop of this vehicle and identified this individual (the driver and sole occupant) as LUIS D. SOUCLAT through a R.I. driver's license. The officer then returned his license and permitted SOUCLAT to leave.

66.     On March 19, 2005 at 10:04 a.m., SOUCLAT called OFARRILL from (646) 671-4094. During the intercepted call, OFARRILL told SOUCLAT that he had "10,000 pesos" right now and that the remaining debt was $17,000 right now. OFARRILL said that he (SOUCLAT) could come over and pick it up. In response, "Junito" said he had "240" (grams of heroin). OFARRILL then told SOUCLAT he could bring it call to him. SOUCLAT said he would do it tomorrow. OFARRILL then said that it had been slow (getting the money for SOUCLAT)

because one of his customers that used to buy "100" (grams of heroin) ordered "180" (grams of heroin) and had not paid for it.

## C.  TARGET LOCATIONS

1.  **120 Florence Street, New Bedford, MA and Detached Garage**  (Residence of BRIAN KEENAN)

### A.   Description of premises including detached garage (Attachment A)

67.    This is a single family, wood structure, tan in color with brown trim with a porch and a detached two car garage located on the corner lot of Florence Street and Mill Street in New Bedford, MA. The dwelling has a front entrance and a rear entrance. The numerals "120" are affixed to the right of the front door. The garage is a detached cement block structure with two wooden doors facing Mill Street in New Bedford, MA. (Photographs of 120 Florence Street, including the detached garage, New Bedford, MA are included as **Attachment A).**

### B.   Links to Target Subjects

68.    I believe that the primary residence of BRIAN KEENAN is 120 Florence Street, New Bedford, MA and that KEENAN uses this residence and the detached garage on the property to store heroin, drug proceeds, and other evidence concerning heroin sales and distribution based upon the following facts: **1)** In January 2005, according to "N Star Securities" the listed subscriber for electrical service at 120 Florence Street, New Bedford, MA was BRIAN KEENAN, Phone # 508-930-2012. **2)** This phone number (508-930-2012) is the same number on which KEENAN has been intercepted on the OFARRILL Target Telephone. **3)** Physical surveillance conducted throughout the investigation has observed BRIAN KEENAN driving a black Jeep Cherokee bearing MA registration 94PM48, registered to Kathleen M. Keenan-Mack, who is believed to be the mother of BRIAN KEENAN. This vehicle has also been observed at 120 Florence Street on several occasions during the course of the wire interceptions. **4)** During several intercepted calls on morning of February 7, 2005, OFARRILL instructed "Jaiba" (NICHOLSON) to deliver "4 packages" (believed to be heroin) to "Bobby" (ROBERT MEDEIROS) and then proceed to "Brian's" (believed to be KEENAN's residence at 120

28

Florence Street). Based on these calls, agents established surveillance at 120 Florence Street. At approximately 1:15 p.m. TFA Ribeiro observed JOSE NICHOLSON, a.k.a. "Jaiba" arrive in the area of 120 Florence Street driving a grey/silver minivan bearing RI registration OQ-33. TFA Ribeiro observed NICHOLSON exit the minivan and walk east on Mill Street from Florence Street out of view. Approximately 15 to 20 minutes later, TFA Ribeiro observed NICHOLSON return from the same direction, enter the silver minivan, and drive out of the area. **5)** During a series of intercepted calls on February 12, 2005, KEENAN told OFARRILL that he was not around (his residence) and asked OFARRILL if "the guy" could leave "it" at the "same place" as last time. OFARRILL then called "Jaiba" (NICHOLSON) and instructed him to go to "Brian's" and to leave it at the same place as last time. Shortly after these intercepted calls, TFA Cabral observed the previously mentioned grey/silver minivan arrive at 120 Florence Street, New Bedford, MA. TFA Cabral observed NICHOLSON open the garage door at 120 Florence and enter the garage. A short time later TFA Cabral observed NICHOLSON exit the garage, return to his vehicle, and leave the area. **6)** As further described above in paragraph 55, during a series of intercepted calls on February 15, 2005, OFARRILL directed ROBERT MEDEIROS to deliver heroin to KEENAN. KEENAN then called OFARRILL and asked OFARRILL to have the heroin left in his garage because he had to pick up his girlfriend. At approximately 11:53 a.m., DEA TFA Cabral, who was conducting surveillance outside 120 Florence Street, observed KEENAN walk out of 120 Florence Street, enter his black Jeep Cherokee and depart the area. At approximately 11:54 a.m., TFA Cabral observed ROBERT MEDEIROS arrive at 120 Florence driving a white Nissan Altima which was registered to ROBERT MEDEIROS. Over the next several minutes, TFA Cabral saw MEDEIROS open the garage door and walk into the garage. Minutes later at around 12:00 p.m., MEDEIROS walked out of the garage, got into his white Nissan, and drove off. Then at approximately 12:09 p.m., TFA Cabral observed MEDEIROS driving the same white Nissan Altima pull into the driveway of 120 Florence Street and re-enter the garage. A short time later, MEDEIROS walked out of the garage and drove off in the Nissan.

At approximately 4:49 p.m., TFA Cabral observed KEENAN arrive back at 120 Florence Street in the same black Jeep Cherokee. TFA Cabral saw KEENAN enter the garage through the left door, leave the garage after a short period of time, and walk inside the residence. 7) During a series of intercepted calls on February 19, 2005, KEENAN asked OFARRILL to send someone (one of OFARRILL's runners to the house). OFARRILL then instructed NICHOLSON and MEDEIROS to go to Brian's (KEENAN's) location. Afterwards, OFARRILL told KEENAN that he was sending "Bobby" and "Jaiba." KEENAN then told OFARRILL that he would leave an envelope containing $1,300 in the "spot" and asked if "Jaiba" (NICHOLSON) could leave the "stuff" (heroin) there for him. At approximately 12:38 p.m. TFA Cabral observed KEENAN exit 120 Florence Street, New Bedford, MA and enter the left door of his garage. At approximately 12:47 p.m., TFA Cabral observed KEENAN leave the garage, enter his black Jeep Cherokee parked in the driveway and leave the area. Then at around 1:00 p.m., TFA Cabral observed NICHOLSON arrive at 120 Florence Street in a brown Nissan Altima, enter the garage left garage door but leave the door open. At around 1:06 p.m., TFA Cabral observed MEDEIROS arrive at 120 Florence Street in the same white Nissan Altima. TFA Cabral saw MEDEIROS get out of the vehicle and enter the open garage door as it began to close. At approximately 1:12 p.m., TFA Cabral observed both NICHOLSON and MEDEIROS leave the garage, return to their vehicles, and drive off. 8) As further described above in paragraph 56, on March 18, 2005, KEENAN called OFARRILL to see if he (OFARRILL) or anyone else (of OFARRILL's runners) was close (to KEENAN's location, based on aforementioned prior deliveries of heroin, believed to be 120 Florence Street, New Bedford) because he (KEENAN) had someone waiting for him (KEENAN).

2.    **235 Belleville Road, (Floor 1) New Bedford, MA** (Residence of HERMAN MELO)

A.    **Description of premises (Attachment B)**

69.    This is a three family, wood structure, with the first floor being covered in a green vinyl siding with the remaining two floors being covered with a lighter green vinyl siding. The entire structure has white trim. There is a front entrance with the numerals "235" affixed to the left of the door. Also located to the left of the front door is a white ceramic cat affixed to the front of the house. There is an additional entrance on the east side of the dwelling. Each entrance allows access to a stairwell providing access to each of the three floors. (A photograph of 235 Belleville Road New Bedford, MA is included as **Attachment B**).

B.    **Links to Target Subjects**

70.    I believe that the primary residence of HERMAN MELO is 235 Belleville Road (Floor 1) New Bedford, MA and that MELO uses this residence to store heroin, drug proceeds, and other evidence concerning heroin sales and distribution based upon the following facts: **1)** According to the City of New Bedford, Massachusetts Assessor's Office, 235 Belleville Road is currently owned by Herman M. Melo and Emma L. Melo, who are believed to be Herman M. Melo Jr.'s parents. **2)** In January 2005, according to "N Star Securities" the listed subscriber for electrical service at 235 Belleville Rd (Floor 1) New Bedford, MA was Carla Duarte, telephone 774-202-5112, who is believed to be MELO's girlfriend. **3)** This phone number (774-202-5112) has been utilized by MELO during communications with the OFARRILL Target Telephone. **4)** There is a white mail box attached to 235 Belleville Road with the names MELO and Duarte affixed to it. **5)** During physical surveillance of the Target Subjects during the period of wire interceptions, agents have observed JOSE NICHOLSON, a.k.a. "Jaiba," deliver heroin to MELO at various locations in New Bedford including the Dartmouth Mall and have then observed MELO return to his residence at 235 Belleville Road immediately following the heroin transaction.

31

As further described below, agents have also observed NICHOLSON deliver heroin to MELO's residence at 235 Belleville Road in New Bedford. **6)** During an intercepted call on February 8, 2005, OFARRILL instructed "Herman" (MELO) to "be ready." Following this intercepted call, at approximately 7:25 p.m., Detective Encarnacao followed ROBERT MEDEIROS, who was driving a white Nissan Altima, from MEDEIROS's residence at 74 Ellen Street, New Bedford and park down the street from 235 Belleville Road, New Bedford. A short time later, Det. Encarnacao saw MEDEIROS and a female believed to be MEDEIROS's girlfriend walk into MELO's residence at 235 Belleville Road. At approximately 7:55 p.m., Det. Encarnacao saw MEDEIROS and the girlfriend leave the residence, get into the white Altima and depart the area. **7)** During a series of intercepted calls on February 16, 2005, OFARRILL directed "Jaiba" to deliver heroin to "Herman" (MELO) at Herman's location (235 Belleville Road). Based on these calls, surveillance was established at approximately 5:30 p.m. by SA Fallon and TFA Kramer in the vicinity of MELO's residence, 235 Belleville Road. At approximately 5:32 p.m., TFA Kramer observed NICHOLSON arrive at 235 Belleville Road driving a gold Nissan Altima and walk out of view behind MELO's residence. Minutes later, at approximately 5:38 p.m., TFA Kramer and SA Fallon observed NICHOLSON walk from the area of MELO's residence, enter the gold Altima and, shortly thereafter at 5:41 p.m., depart the area. **8)** During an intercepted call on March 04, 2005 at 9:56 p.m. between OFARRILL and JOSE MORALES, a.k.a. "Melvin," OFARRILL told MORALES that "Herman" (MELO) and "David" (ROSONINA) are his customers, and that "David" comes to him with $2,400 (in drug proceeds) every four days or so. **9)** During an intercepted call on March 18, 2005 at 9:00 p.m., HERMAN MELO called OFARRILL from telephone number (774) 451-2220 and asked to see OFARRILL (for heroin). OFARRILL responded that he would send "Jaiba" (NICHOLSON) over to his house (235 Belleville Road) and MELO acknowledged.

3.    **341 Orchard Street (2nd Floor), New Bedford, MA** (Residence of DAVID ROSONINA)

A.    **Description of premises (Attachment C)**

71.    This is a three family, wood structure, covered with tan aluminum siding with white trim with a brick façade on the first floor. There are porches on both the first and second floors with white pillars and black wrought iron. The numerals "341" are affixed to the left of the first floor front door. (A photograph of 341 Orchard Street New Bedford, MA is included as **Attachment C**).

B.    **Links to Target Subjects**

72.    I believe that the primary residence of DAVID ROSONINA is 341 Orchard Street, New Bedford, MA and that ROSONINA uses this residence to store heroin, drug proceeds, and other evidence concerning heroin sales and distribution based upon the following facts: **1)** In January 2005, according to "N Star Securities" the listed subscriber for electrical service at 341 Orchard Street, New Bedford, MA is Sandra Rosonina. **2)** Sandra Rosonina has been previously identified as the wife of DAVID ROSONINA, the registered owner of the vehicles utilized by DAVID ROSONINA, and the subscriber of the telephone number (508) 542-1997, which is subscribed to Sandra Rosonina, 341 Orchard Street, New Bedford, MA. **3)** During physical surveillance of the Target Subjects during the period of wire interceptions, agents have observed JOSE NICHOLSON, a.k.a. "Jaiba" and ROBERT MEDEIROS deliver heroin to ROSONINA at various locations in New Bedford including the Dartmouth Mall and have then observed ROSONINA return to his residence at 341 Orchard Street immediately following the heroin transaction. Agents have also observed MEDEIROS make a heroin deliveries to ROSONINA's at his residence at 341 Orchard Street in New Bedford. **4)** As further described above in paragraph 58, on February 08, 2005, at 11:29 a.m., ROSONINA called OFARRILL and asked OFARRILL for heroin. OFARRILL

33

told ROSONINA stated he would send "his boy" (NICHOLSON) at 12:30 p.m. At 12:24 p.m., TFA Cabral followed ROSININA who was driving a black Mercedes-Benz bearing MA registration RS3706 from 341 Orchard Street, New Bedford to the Dartmouth Mall parking lot near a Panera Bread restaurant. At approximately 12:47 p.m., agents observed NICHOLSON, a.k.a. "Jaiba" enter the parking lot driving a grey/silver minivan. Agents observed NICHOLSON get out of minivan and enter the passenger's side of ROSININA's black Mercedes-Benz, which then drove around the parking lot. At approximately 12:51 p.m., Detective Safioleas observed NICHOLSON get out of the black Mercedes-Benz, get into his minivan and depart the area. At approximately 12:52 p.m., DEA SA Barbuti observed the black Mercedes-Benz leave the parking lot. A short time later, at 1:05 p.m., agents observed this same vehicle parked (unoccupied) at 341 Orchard Street, New Bedford. 5) On February 17, 2005, at 4:44 p.m., NICHOLSON called OFARRILL and told him that "David" (ROSONINA) gave him "48" (believed to be $4,800 in drug proceeds). OFARRILL told NICHOLSON to put it in NICHOLSON's pocket. 6) During an intercepted call on March 04, 2005 at 9:56 p.m. between OFARRILL and JOSE MORALES, OFARRILL told MORALES that "Herman" (MELO) and "David" (ROSONINA) are his customers, and that "David" comes to him with $2,400 (in drug proceeds) every four days or so. OFARRILL further stated that he had to exchange 18 (grams of heroin) from him (ROSONINA) yesterday and another 37 (grams of heroin) from him (ROSONINA) today (because OFARRILL had given ROSONINA bad quality heroin). 7) As further described above in paragraph 58, on March 15, 2005 at 11:56 a.m., "David" (ROSONINA) called OFARRILL and told him that he wanted to meet up with him (OFARRILL) in an hour. OFARRILL agreed. "David" (ROSONINA) then told OFARRILL to bring "3, 5 plus the 11" (referring to heroin). OFARRILL responded that he already knew and would be at the Panera Bread (at the Dartmouth Mall in New Bedford). The same day at 12:37 p.m., OFARRILL called ROSININA and told him (ROSININA) that he does not want to make him (ROSININA) wait

34

so he (OFARRILL) told ROSININA to be at the location at 1:20 p.m. and ROSININA agreed.

4.     **54 Spruce Street (2nd Floor), New Bedford, MA** (Residence of WILFREDO TORRES)

   A.     **Description of premises (Attachment D)**

73.     This is a two family, wood structure, yellow with light blue trim with a single front door and porch. The numerals "54" are affixed to the right of the door above a black mail box. There is an addition entrance located on the south side of the house. The front entrance allows access to a first floor apartment door as well as a stairway allowing access to the second floor. (A photograph of 54 Spruce Street, New Bedford, MA is included as **Attachment D**).

   B.     **Links to Target Subjects**

74.     I believe that the primary residence of WILFREDO TORRES, a.k.a. "Willow" is 54 Spruce Street, New Bedford, MA and that TORRES uses this residence to store heroin, drug proceeds, and other evidence concerning heroin sales and distribution based upon the following facts: **1)** In January 2005, according to "N Star Securities" the listed subscriber for electrical service at 54 Spruce Street, New Bedford, MA is Wendy Alexander, telephone (508) 991-1199 **2)** This phone number, (508) 991-1199, has been utilized by TORRES during the course of wire interceptions of the OFARRILL Target Telephone. **3)** Agents conducting surveillance during the course of wire interceptions have observed NICHOLSON deliveries heroin to TORRES' residence at 54 Spruce Street in New Bedford. **4)** During several intercepted calls on February 17, 2005, OFARRILL directed NICHOLSON to deliver heroin to TORRES. In exchange, TORRES gave money to NICHOLSON to give to OFARRILL for the heroin that TORRES had received from OFARRILL. At 12:35 p.m., "Willow" (believed to be WILFREDO TORRES) called OFARRILL and told OFARRILL he (TORRES) wanted to give him "that" (money). OFARRILL said if it's over there, he could send a guy over to pick it up. During the next call at 12:36 p.m., OFARRILL called "Jaiba" (NICHOLSON) and

told "Jaiba" to deliver "11" (grams of heroin) to "Willow" (TORRES) and stated that "Willow" (TORRES) would give him (NICHOLSON) some money as well.

5) As further described above in paragraph 62, on March 8, and March 22, 2005, OFARRILL sent one of his runners to deliver heroin to TORRES to the location TORRES called "No Entre" (Do Not Enter). Following these phone calls, DEA conducted surveillance of TORRES and followed NICHOLSON to TORRES's residence at 54 Spruce Street, New Bedford. The residence, 54 Spruce Street, is located on a street which turns into a partial one way street and where a "Do Not Enter" sign is posted where the street becomes a one way street. 6) On March 22, 2005 at 6:00 p.m., OFARRILL called JOSE NICHOLSON, a.k.a "Jaiba" and instructed NICHOLSON to bring 11 (grams of heroin) over to Willow's (TORRES) house (54 Spruce Street, New Bedford, MA). NICHOLSON stated that he was on his way over (to 54 Spruce Street).

5.    **74 Ellen Street (Apartment 2 East), New Bedford, MA.**

A.    **Description of premises (Attachment E)**

75.    This is a multi family, wood structure, structure light blue with white trim. The first floor consists of a single apartment occupying the entire level. The second and third floors are divided into east and west. The front of the house (north side) has porches on all three floors separating each apartment into east and west. There are two entrances at the front of the house one to enter the second and third floor and the other to gain entry to the first floor. There is a walkway leading to the rear of the house leading to a door allowing access into the house to the second and third floor. The second floor (Target Floor) once inside the dwelling, has two doors, one for east side one for west side, both doors are white, and have no markings. (A photograph of 74 Ellen Street, New Bedford, MA is included as **Attachment E**).

B.    **Links to Target Subjects**

76.    I believe that the primary residence of ROBERT MEDEIROS, a.k.a. "Bobby," is 74 Ellen Street (Apartment 2 East) in New Bedford, MA and that MEDEIROS uses this residence to store heroin, drug proceeds, and other evidence concerning heroin sales and distribution based upon the following facts: **1)** In January 2005, according to "N Star Securities" the listed subscriber for electrical service at 74 Ellen Street, Apartment 2E, New Bedford, MA was Michelle Dearden, the girlfriend of MEDEIROS who has been observed on surveillance with MEDEIROS. Service was established on March 1, 2001. **2)** During an undercover purchase of heroin from ROBERT MEDEIROS in which I participated as the undercover agent on December 9, 2004, MEDEIROS told me that he had just spoken to "Sonny" from his cell phone. At the same time, according to telephone toll records on the OFARRILL Target Telephone, OFARRILL called telephone number (508) 951-7636, which at the time was subscribed to ROBERT MEDEIROS of 74 Ellen Street New Bedford, MA.

3) Agents conducting surveillance during the course of wire interceptions have on various occasions observed MEDEIROS leaving 74 Ellen Street to make heroin deliveries for OFARRILL driving a white Nissan Altima bearing MA registration 92JZ15 and registered to ROBERT R. MEDEIROS, 74 Ellen Street, New Bedford, MA. For example, during an intercepted call on February 8, 2005, OFARRILL instructed "Herman" (MELO) to "be ready." Following this intercepted call, at approximately 7:25 p.m., Detective Encarnacao followed ROBERT MEDEIROS, who was driving the white Nissan Altima from 74 Ellen Street, New Bedford to 235 Belleville Road, New Bedford, the residence of HERMAN MELO. 4) During an intercepted call on February 13, 2005, OFARRILL instructed "Jaiba" (JOSE NICHOLSON) to go to "Bobby's" (MEDEIROS) house and leave "two." Following this call, at approximately 12:39 p.m., Det. Ramos and Det. Safioleas followed NICHOLSON, who was driving a grey/silver minivan bearing Rhode Island registration OQ-33 exiting from 16 Lisbon Street (believed to be OFARRILL's primary stash location), Providence, RI to 74 Ellen St in New Bedford, MA, the residence of Robert MEDEIROS. At approximately 1:30 p.m., Det. Safioleas observed NICHOLSON get out of the minivan and enter 74 Ellen Street. A short time thereafter, agents observed NICHOLSON leave 74 Ellen Street, get back into the grey/silver minivan. 5) During the course of wire interceptions, OFARRILL and MEDEIROS have been intercepted on an almost daily basis where OFARRILL asks MEDEIROS about the quantity of heroin that MEDEIROS currently has, about the collection of drug proceeds, and directs MEDEIROS to deliver heroin to various individuals. Based on these numerous intercepted calls and surveillance, I believe that MEDEIROS is keeping this heroin and drug proceeds at this residence at 74 Ellen Street. For example, during an intercepted call on March 15, 2005 at 1:02 p.m., OFARRILL asked MEDEIROS what happened with the "other number" (referring to heroin or drug proceeds). MEDEIROS stated that he still had it. OFARRILL told MEDEIROS that he had to go near Panera Bread, and instructed MEDEIROS to go in front of J.C. Penny's (at the Dartmouth

Mall). OFARRILL then stated that he will be there in 15 minutes. OFARRILL then told MEDEIROS to make sure that he had the "four" and "one package" left. 6) During an intercepted call on March 16, 2005, at 4:16 p.m., OFARRILL told "Bobby" (MEDEIROS) that since he (MEDEIROS) has one "paquete" (package of heroin, believed to be 22 grams) and "eighteen" (grams of heroin), to take 3 for himself (MEDEIROS, who is also believed to be user of heroin). During an intercepted call on March 17, 2005 at 4:00 p.m., OFARRILL asked MEDEIROS how many "packages" (of heroin) he had. MEDEIROS answered that he had "one package" (22 grams) and "thirteen" (grams), and $180. OFARRILL then asked what happened with Herman (MELO) and the money. MEDEIROS replied that he gave "two things" to "Jaiba" (JOSE NICHOLSON) yesterday and that Jaiba only gave him "one package." OFARRILL said that he (MEDEIROS) should have "one paquete" (package) and "19" (grams of heroin). OFARRILL then complained to MEDEIROS that after this, they will not do this anymore because OFARRILL did not want to be calling him (MEDEIROS) 10 or 14 times a day. 7) During an intercepted call on March 26, 2005, at 12:31 p.m., OFARRILL told MEDEIROS that he (OFARRILL) "Jaiba" (NICHOLSON) was going to give him (MEDEIROS) "3 packages" (of heroin, believed to be 22 grams each) and "3"; that "3 packages" are for him (MEDEIROS), "2" for "Herman" (MELO) and the other package is for who ever needs 1 or 2 (grams of heroin) (for a total of 6 packages of heroin).

## D.  CONCLUSION

77.    Based on the information contained in this affidavit, I submit that there is probable cause to believe that: **(A)** (1) JOSE MORALES, a.k.a. "Melvin," "Gordo,"; (2) LUIS MORALES, a.k.a. "Gallito,"; (3) WILFREDO OFARRILL, a.k.a. José Luis Figueroa-Ramos, a.k.a. "Nelson," a.k.a. "Sonny"; (4) DIXON PEREZ, a.k.a. "Nelson" a.k.a. "Mario," (5) JOSE NICHOLSON, a.k.a. "Jaiba"; (6) ROBERT MEDEIROS, a.k.a. "Bobby"; (7) MIGUEL CASADO, a.k.a. "Chulo"; (8) HERMAN M. MELO; (9) BRIAN P. KEENAN; (10) DAVID R. ROSONINA; (11) WILFREDO TORRES a.k.a "Willow"; and (12) LUIS SOUCLAT, a.k.a. "Junito" have committed the crime of conspiracy to distribute one kilogram or more of heroin, a Scheduled I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(i) as set forth in the accompanying criminal complaint; and **(B)** the above described five locations, further described in **Attachments A through E**, contain evidence, proceeds, and contraband relating to the possession, distribution, and trafficking of heroin and other evidence tending to prove that the above listed target subjects have violated 21 U.S.C. §846.

I declare that the foregoing is true and correct.

ANDREW R. SIMMONS
Task Force Officer
U.S. Drug Enforcement Administration

Subscribed and sworn to
before me this ____ TH day of
March 2005

MAR 3 0 2005

UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

41

**Attachment B**
**235 Belleville Road  (Floor 1)**
**New Bedford, MA 02745-5222**

This is a three family, wood structure, with the first floor being covered in a green vinyl siding with the remaining two floors being covered with a lighter green vinyl siding. The entire structure has white trim. There is a front entrance with the numerals "235" affixed to the left of the door. Also located to the left of the front door is a white ceramic cat affixed to the front of the house. There is an additional entrance on the east side of the dwelling. Each entrance allows access to a stairwell providing access to each of the three floors.



**Attachment B-1**
**235 Belleville Road  (Floor 1)**
**New Bedford, MA 02745-5222**

## Items to Be Seized

1.    Controlled substances, including heroin;

2.    Paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, bundling materials and heat-sealing devices;

3.    Cash, U.S. currency; books and papers reflecting debts and collections relating to monies owed or due for the distribution of controlled substances; and records relating to controlled substances income and expenditures of money and wealth, such as money orders, wire transfers, cashier's checks and receipts, bank statements, passbooks, checkbooks, and check registers, safety deposit keys and deeds to real property;

4.    Books, records, receipts, notes, ledgers, and other papers relating to the distribution of controlled substances;

5.    Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the distribution of controlled substances;

6.    Items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the Target Location including but not limited to canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys.

**Attachment C**
**341 Orchard Street, 2ⁿᵈ Floor**
**New Bedford, MA 02740-3277**

This is a two family, wood structure, covered with tan aluminum siding with white trim with a brick facade on the first floor. There are porches on both the first and second floors with white pillars and black wrought iron. The numerals "341" are affixed to the left of the first floor front door.



**Attachment C-1**
**341 Orchard Street (2nd Floor)**
**New Bedford, MA 02740-3277**

<u>**Items to Be Seized**</u>

1.    Controlled substances, including heroin;

2.    Paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, bundling materials and heat-sealing devices;

3.    Cash, U.S. currency; books and papers reflecting debts and collections relating to monies owed or due for the distribution of controlled substances; and records relating to controlled substances income and expenditures of money and wealth, such as money orders, wire transfers, cashier's checks and receipts, bank statements, passbooks, checkbooks, and check registers, safety deposit keys and deeds to real property;

4.    Books, records, receipts, notes, ledgers, and other papers relating to the distribution of controlled substances;

5.    Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the distribution of controlled substances;

6.    Items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the Target Location including but not limited to canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys.

**Attachment D**
**54 Spruce Street, 2ⁿᵈ Floor**
**New Bedford, MA 02740-5239**

This is a two family, wood structure, yellow with light blue trim with a single front door and porch. The numerals "54" are affixed to the right of the door above a black mail box. There is an addition entrance located on the south side of the house. The front entrance allows access to a first floor apartment door as well as a stairway allowing access to the second floor.



**Attachment D-1**
**54 Spruce Street (2ⁿᵈ Floor)**
**New Bedford, MA 02740-5239**

<u>**Items to Be Seized**</u>

1.      Controlled substances, including heroin;

2.      Paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, bundling materials and heat-sealing devices;

3.      Cash, U.S. currency; books and papers reflecting debts and collections relating to monies owed or due for the distribution of controlled substances; and records relating to controlled substances income and expenditures of money and wealth, such as money orders, wire transfers, cashier's checks and receipts, bank statements, passbooks, checkbooks, and check registers, safety deposit keys and deeds to real property;

4.      Books, records, receipts, notes, ledgers, and other papers relating to the distribution of controlled substances;

5.      Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the distribution of controlled substances;

6.      Items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the Target Location including but not limited to canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys.

**Attachment E**
**74 Ellen Street (Apartment 2 East)**
**New Bedford, MA 02744-1521**

This is a multi family, wood structure, structure light blue with white trim. The first floor consists of a single apartment occupying the entire level. The second and third floors are divided into east and west. The front of the house (north side) has porches on all three floors separating each apartment into east and west. There are two entrances at the front of the house one to enter the second and third floor and the other to gain entry to the first floor. There is a walkway leading to the rear of the house leading to a door allowing access into the house to the second and third floor. The second floor (Target Floor) once inside the dwelling, has two doors, one for east side one for west side, both doors are white, and have no markings.



**Attachment E-1**
**74 Ellen Street (Apartment 2 East)**
**New Bedford, MA 02744-1521**

## Items to Be Seized

1. Controlled substances, including heroin;

2. Paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, bundling materials and heat-sealing devices;

3. Cash, U.S. currency; books and papers reflecting debts and collections relating to monies owed or due for the distribution of controlled substances; and records relating to controlled substances income and expenditures of money and wealth, such as money orders, wire transfers, cashier's checks and receipts, bank statements, passbooks, checkbooks, and check registers, safety deposit keys and deeds to real property;

4. Books, records, receipts, notes, ledgers, and other papers relating to the distribution of controlled substances;

5. Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the distribution of controlled substances;

6. Items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the Target Location including but not limited to canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys.

**Attachment A**
**120 Florence Street**
**New Bedford, MA 02740-4002**

This is a single family, wood structure, tan in color with brown trim with a porch and a detached two car garage located on the corner lot of Florence Street and Mill Street in New Bedford, MA. The dwelling has a front entrance and a rear entrance. The numerals "120" are affixed to the right of the front door. The garage is a detached cement block structure with two wooden doors facing Mill Street in New Bedford, MA.





**Attachment A-1**
**120 Florence Street**
**New Bedford, MA 02740-4002**

**<u>Items to Be Seized</u>**

1.    Controlled substances, including heroin;

2.    Paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, bundling materials and heat-sealing devices;

3.    Cash, U.S. currency; books and papers reflecting debts and collections relating to monies owed or due for the distribution of controlled substances; and records relating to controlled substances income and expenditures of money and wealth, such as money orders, wire transfers, cashier's checks and receipts, bank statements, passbooks, checkbooks, and check registers, safety deposit keys and deeds to real property;

4.    Books, records, receipts, notes, ledgers, and other papers relating to the distribution of controlled substances;

5.    Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the distribution of controlled substances;

6.    Items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the Target Location including but not limited to canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys.

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                 **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City**  New Bedford _____    **Related Case Information:**

**County**  Bristol _____    **Superseding Ind./ Inf.** _____    **Case No.** _____
                              **Same Defendant** _____ **New**
                              **Magistrate Judge Case Number** _____
                              **Search Warrant Case** _____
                              **R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name**  **Brian P. Keenan** _____    **Juvenile**  ☐ Yes    ☒ No

**Alias Name** _____

**Address**  120 Florence St., New Bedford, MA.

**Birth date (Year**    **1976**  **SSN (last 4**  **1927**  **Se**  **M** **Race:**  **WHITE** _____  **Nationalit** _____

**Defense Counsel if**    **Unknown** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil J. Gallagher _____    **Bar Number if** _____

**Interpreter:**    ☐ Yes  ☐ No    **List language and/or dialect:** _____

**Matter to be SEALED:**  ☒ Yes    ☐ No

   ☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____   ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____  **on** _____

**Charging Document:**  ☒ **Complaint**    ☐ **Information**    ☐ **Indictment**

**Total # of Counts:**  ☐ **Petty** _____  ☐ **Misdemeano** _____  ☒ **Felony**  **One**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** 3/29/05    **Signature of** _[signature]_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant** __Brian P. Keenan__ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  __21 U.S.C. Sec. 846__ | Conspiracy to distribute heroin | _____ |
| Set 2  _____ | _____ | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet                     U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** __DEA_____

**City** __New Bedford_____    **Related Case Information:**

**County** __Bristol_____    Superseding Ind./ Inf. _____    **Case No.** _____
                                  Same Defendant _____ **New** _____
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  **David R. Rosonina** _____    **Juvenile** ☐ Yes  ☒ No

Alias Name _____

Address  _341 Orchard St., New Bedford, MA_____

Birth date (Year  **1972** SSN (last 4  **7772** Se **M** Race:  **WHITE**_____ **Nationalit** _____

**Defense Counsel if** ____**Unknown**_____    **Address:** _____

**Bar Number:** _____    _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_____    **Bar Number if** _____

**Interpreter:** ☐ Yes ☐ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes  ☐ No

          ☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:** ☒ **Complaint**    ☐ **Information**    ☐ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony**  **One**_____

### Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** _3/29/05_____    **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    David R. Rosonina _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** _I_    **Investigating Agency** _DEA_

**City**   New Bedford      **Related Case Information:**

**County**   Bristol      Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   _____
Search Warrant Case Number   _____
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   **DIXON PEREZ** _____     Juvenile   ☐ Yes   ☒ No

Alias Name   **"Nelson," a.k.a. "Mario"** _____

Address   108 Mitchell St., 2nd Fl., Providence, RI _____

Birth date (Year   _1969_ SSN (last 4 _____ Sex _M_ Race: _Hispanic_ Nationality _____

**Defense Counsel if**     **Unknown** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Neil J. Gallagher _____    **Bar Number if** _____

**Interpreter:**   ☒ Yes ☐ No    **List language and/or dialect:**   **SPANISH** _____

**Matter to be SEALED:**   ☒ Yes   ☐ No

    ☒ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ in _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:**   ☒ **Complaint**    ☐ **Information**    ☐ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony**   One _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date**   3/29/05      **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ___DIXON PEREZ___

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 __21 U.S.C. Sec. 846__ | conspiracy to distribute heroin | _____ |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

☜JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. **I** _____    Investigating Agency **DEA** _____

City   New Bedford _____    Related Case Information:

County   Bristol _____    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New _____
Magistrate Judge Case Number _____
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   **HERMAN M. MELO Jr.** _____    Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address   235 Belleville Rd., floor one, New Bedford, Massachusetts _____

Birth date (Year   **1975** SSN (last 4   **7327** Se **M** Race: **WHITE** Nationalit _____

Defense Counsel if   **Unknown** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil J. Gallagher _____    Bar Number if _____

Interpreter:   ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody _____ in _____ .
☐ Already in State _____    ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial    Ordered _____    on _____

Charging Document:   ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeano _____   ☒ Felony   One _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date  3/29/05    Signature of _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    **HERMAN M. MELO Jr.** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** I _____ **Investigating Agency** DEA _____

**City** New Bedford _____ **Related Case Information:**

**County** Bristol _____
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **JOSE NICHOLSON** _____ Juvenile ☐ Yes ☐ No

Alias Name **"Jaiba"** _____

Address 16 Libson St., Providence, RI _____

Birth date (Year 1983 SSN (last 4 7934 Se M Race: Hispanic Nationality _____

**Defense Counsel if** **Unknown** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil J. Gallagher _____ **Bar Number if** _____

**Interpreter:** ☒ Yes ☐ No **List language and/or dialect:** Spanish _____

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ in _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial** **Ordered** _____ **on** _____

**Charging Document:** ☒ **Complaint** ☐ **Information** ☐ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony** One _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** 3/29/05 _____ **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>JOSE NICHOLSON</u> _____

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21 U.S.C. Sec. 846</u> | conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** __I__   **Investigating Agency** __DEA__

**City** __New Bedford__     **Related Case Information:**

**County** __Bristol__

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   **LUIS MORALES** _____    Juvenile ☐ Yes   ☐ No

Alias Name   **"Gallito"** _____

Address   52 Nancy St., Apt., 5, Providence, RI _____

Birth date (Year    __1961__ SSN (last 4  __unk__   Se __M__ Race: __Hispanic__   Nationality _____

**Defense Counsel if**    __Unknown__ _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_ _____   **Bar Number if** _____

**Interpreter:**    ☒ Yes ☐ No    **List language and/or dialect:**   __SPANISH__

**Matter to be SEALED:**   ☒ Yes   ☐ No

    ☒ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ in _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**     **Ordered** _____ **on** _____

**Charging Document:**   ☒ **Complaint**   ☐ **Information**    ☐ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeano** _____   ☒ **Felony**   **One**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date _3/29/05_     Signature of _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    __LUIS MORALES__ _____

**U.S.C. Citations**

| | <ins>Index Key/Code</ins> | <ins>Description of Offense Charged</ins> | <ins>Count Numbers</ins> |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** __I__      **Investigating Agency** __DEA__

**City**   New Bedford       **Related Case Information:**

**County**   Bristol

**Superseding Ind./ Inf.** _____    **Case No.** _____
**Same Defendant** _____    **New** _____
**Magistrate Judge Case Number** _____
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name   **MIGUEL CASADO**       **Juvenile** ☐ Yes   ☐ No

Alias Name   **"Chulo"**

Address   16 Libson St., Providence, RI

Birth date (Year   **1966**   SSN (last 4   **4353**   Se **M** Race: **Hispanic**   Nationalit _____

**Defense Counsel if**    **Unknown**      **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Neil J. Gallagher      **Bar Number if** _____

**Interpreter:**   ☒ Yes ☐ No     **List language and/or dialect:**   **SPANISH**

**Matter to be SEALED:**   ☒ Yes   ☐ No

    ☒ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:**   ☒ **Complaint**    ☐ **Information**     ☐ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony**   One

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date 3/29/05      Signature of _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    **MIGUEL CASADO** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** __I__    **Investigating Agency** __DEA__

**City** __New Bedford__                    **Related Case Information:**

**County** __Bristol__                    Superseding Ind./ Inf. _____    Case No. _____
                                          Same Defendant _____    New Defendant _____
                                          Magistrate Judge Case Number _____
                                          Search Warrant Case Number _____
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   **JOSE MORALES** _____    Juvenile ☐ Yes  ☒ No

Alias Name   **"Melvin," "Gordo"** _____

Address   __52 Nancy St., Apt 5, Providence, RI__ _____

Birth date (Year   __1963__ SSN (last 4   __unk__ Se __M__ Race:  __Hispanic__   Nationality _____

**Defense Counsel if**   __Unknown__ _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil J. Gallagher__ _____    **Bar Number if** _____

**Interpreter:**   ☒ Yes ☐ No    **List language and/or dialect:**   __SPANISH__

**Matter to be SEALED:**   ☒ Yes   ☐ No

       ☒ **Warrant Requested**      ☐ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ in _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**      **Ordered** _____ **on** _____

**Charging Document:**   ☒ **Complaint**    ☐ **Information**      ☐ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeano**    ☒ **Felony**   __One__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date __3/29/05__        Signature of _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** __JOSE MORALES__ _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    U.S. District Court - District of Massachusetts

Place of Offense: _____     Category No. __I_____     Investigating Agency __DEA_____

City   New Bedford_____     **Related Case Information:**

County   Bristol_____      Superseding Ind./ Inf. _____   Case No. _____
                                       Same Defendant _____   New Defendant _____
                                       Magistrate Judge Case Number _____
                                       Search Warrant Case Number _____
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   **ROBERT MEDEIROS**_____     Juvenile   ☐ Yes   ☒ No

Alias Name   **"Bobby" a/k/a "White Boy"**_____

Address   74 Ellen St. Apartment 2 East, New Bedford, Massachusetts._____

Birth date (Year   1972_ SSN (last 4   3606_ Se _M_ Race:   WHITE_____ Nationality _____

**Defense Counsel if**          **Unknown**_____     Address: _____
                                                                          _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil J. Gallagher_____     Bar Number if          _____

Interpreter:   ☐ Yes ☒ No          List language and/or dialect:     _____

Matter to be SEALED:   ☒ Yes   ☐ No

        ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody _____ in _____ .
☐ Already in State _____   ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial          Ordered _____ on _____

**Charging Document:**   ☒ Complaint   ☐ Information        ☐ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeano _____  ☒ Felony   One_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

Date 3/29/05          Signature of

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    **ROBERT MEDEIROS** _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** New Bedford _____    **Related Case Information:**

**County** Bristol _____    Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  LUIS SOUCLAT _____    Juvenile  ☐ Yes  ☒ No

Alias Name  "Junito" _____

Address  13 Martin Court Pawtucket, Rhode Island _____

Birth date (Year  1972  SSN (last 4 _____  Se  M  Race:  Hispanic _____  Nationality _____

**Defense Counsel if**  **Unknown** _____    **Address:** _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil J. Gallagher _____    **Bar Number if** _____

**Interpreter:**  ☒ Yes ☐ No    **List language and/or dialect:**  Spanish _____

**Matter to be SEALED:**  ☒ Yes  ☐ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____  in _____ .
☐ **Already in State** _____  ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____  **on** _____

**Charging Document:**  ☒ **Complaint**  ☐ **Information**    ☐ **Indictment**

**Total # of Counts:**  ☐ **Petty** _____  ☐ **Misdemeano** _____  ☒ **Felony**  One _____

Continue on Page 2 for Entry of U.S.C. Citations

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date** 3/2⁄05    **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     **LUIS SOUCLAT** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.**   I  _____  **Investigating Agency**   DEA _____

**City**   New Bedford _____  **Related Case Information:**

**County**   Bristol _____

| | | |
|---|---|---|
| Superseding Ind./ Inf. _____ | Case No. | _____ |
| Same Defendant _____ | New Defendant | _____ |
| Magistrate Judge Case Number | _____ | |
| Search Warrant Case Number | _____ | |
| R 20/R 40 from District of | _____ | |

**Defendant Information:**

Defendant Name   **WILFREDO OFARRILL** _____  Juvenile   ☐ Yes   ☒ No

Alias Name   **José Luis Figueroa-Ramos, a.k.a. "Nelson," a.k.a. "Sonny"** _____

**Address**   **105 Dora St., Providence, RI** _____

**Birth date (Year**   **1968**   SSN (last 4   **3106**   Se   **M**   Race: _____  **Nationalit** _____

**Defense Counsel if**   **Unknown** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Neil J. Gallagher _____  **Bar Number if** _____

**Interpreter:**   ☒ Yes   ☐ No     **List language and/or dialect:**   **SPANISH** _____

**Matter to be SEALED:**   ☒ Yes   ☐ No

     ☒ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ in _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:**   ☒ **Complaint**    ☐ **Information**    ☐ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony**   **One** _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** 3/29/05      **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    WILFREDO OFARRILL** _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. **I** _____    Investigating Agency **DEA** _____

City **New Bedford** _____    Related Case Information:

County **Bristol** _____    Superseding Ind./ Inf. _____    Case No. _____
                                     Same Defendant _____  **New** _____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Wilfredo Torres** _____    **Juvenile** ☐ Yes  ☒ No

Alias Name **"Willow"** _____

Address **54 Spruce St., New Bedford, MA** _____

Birth date (Year **1968** SSN (last 4 **3738** Se **M** Race: **Hispanic** Nationalit _____

Defense Counsel if **Unknown** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA **Neil J. Gallagher** _____    Bar Number if _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: **SPANISH** _____

Matter to be SEALED: ☒ Yes  ☐ No

    ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody _____ in _____ .
☐ Already in State _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial    Ordered _____ on _____

Charging Document: ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts: ☐ Petty _____  ☐ Misdemeano _____  ☒ Felony **One** _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date **3/29/05**    Signature of _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant** _____ Wilfredo Torres _____

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**