AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ U.) _____ DISTRICT OF _____ Massachusetts _____

**APPEARANCE**

Case Number: 2005 m 0449 RBC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Luis Scullat

I certify that I am admitted to practice in this court.

4/4/05
Date

/s/ Philip J. Cappola
Signature

Philip J. Cappola          098900
Print Name                 Bar Number

100 Federal St.
Address

Boston          Mass          02110
City            State         Zip Code

617-481-1226              978-641-6550
Phone Number              Fax Number

1/4/05
W. Rise