AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

JOSE MORALES et al

**EXHIBIT AND WITNESS LIST**

Case Number: 05-M-0449-RBC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ROBERT B. COLLINGS | GALLAGHER, ASAIF | VARIOUS |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|  | DIGITAL | NOREEN A. RUSSO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 4.7.05 | X | X | HEROIN PURCHASES |
| 2 |  | 4.7.05 | X | X | DANIEL FORDE AFFIDAVIT |
| 3 |  | 4.7.05 | X | X | DAN FORDE AFFIDAVIT (PROVIDENCE RI) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | Witness: DANIEL FORDE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages