AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

JOSE MORALES et al

**EXHIBIT AND WITNESS LIST**

Case Number: 05-M-0449

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ROBERT B COLLINGS | GALLAGHER, ASIF | VARIOUS |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|  | DIGITAL | NOREEN A. RUSSO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | WITNESS ONE: Dan Forde |
| 1 |  | 4.13.05 | X |  | AFFIDAVIT OF SPECIAL AGENT FORDE (in record already) |
| 1A |  | 4.13.05 | X | X | CORRECTED AFFIDAVIT OF AGENT FORDE (taken if witness asked on direct) |
| 2 |  | 4.13.05 | X | X | SECOND AFFIDAVIT OF AGENT FORDE |
| 3 |  | 4.13.05 | X | X | THIRD AFFIDAVIT OF AGENT FORDE |
| 4 |  | 4.13.05 | X | X | UNDERCOVER HEROIN PURCHASES |
| 5 |  | 4.13.05 | X | X | LICENSE COPY RI |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages