AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF

UNITED STATES OF AMERICA

V.

Luis Souclat
a/k/a "Jaunito"

**WARRANT FOR ARREST**

CASE NUMBER: 2005-M-0449-RBC-12

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Luis Souclat
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute one kilogram or more of heroin, a Scheduled I controlled substance

in violation of Title  21  United States Code, Section(s)  846, 841(a)(1), and 841 (b)(1)(i); and (B)

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

MAR 30 2005
Date and Location

HON. ROBERT E. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210
Name of Judicial Officer

Bail fixed at $                                      by

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY DCH
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 4/1/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.